# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| KRISTINE SIMPSON and ROBERT DANIELS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 3:19-cv-0033-PPS-MGG |
| THOR MOTOR COACH, INC., AND MERCEDES BENZ USA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties filed a Stipulation to Dismiss [DE 21] stipulating to the dismissal of all claims in this action with prejudice. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation [DE 21] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS THE CASE WITH PREJUDICE,** with each party bearing its own costs.

The Clerk is **ORDERED** to **CLOSE** this case.

ENTERED: August 13, 2019.

      /s/ Philip P. Simon
      PHILIP P. SIMON, JUDGE
      UNITED STATES DISTRICT COURT